# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONDRUS MCBRIDE, JR.,
                 Appellant,
           vs.
THE STATE OF NEVADA,
                 Respondent.

No. 77870



FEB 13 2019



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for reconsideration. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022-23, 900 P.2d 344, 344-45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
             Pickering

_____, J.
       Parraguirre

_____, J.
           Cadish

cc: Hon. Jerome M. Polaha, District Judge
Leondrus McBride, Jr.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A